AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

United States of America
*Plaintiff*

v.

Diante Smith
*Defendant*

Case No. 25-508

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Diante Smith

Date: 1-7-26

*Attorney's signature*
Abigail B. Gustafson

Abigail B. Gustafson 330596
*Printed name and bar number*

1219 Spruce Street, Philadelphia, PA 19107
*Address*

agustafson@mtvlaw.com
*E-mail address*

215-546-1000
*Telephone number*

Designation: Retained

agustafson@mtvlaw.com